UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                              Case No. 16-34619-KLP

    Arlene L. Tyson
_____:

    Debtor(s)

I, PETER J. BARRETT, do hereby resign as Interim Trustee for the above referenced case due to a conflict of interest.

October 7, 2016          /s/ *Peter J. Barrett*
Date          Peter J. Barrett, Trustee

4833-5706-6298.1