# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number  16−34619−KLP

In re:  
Chapter  7

Arlene L. Tyson
 3300 Sylvania Road
Chester, VA 23831

**SSN:**  xxx−xx−4398          **EIN:**  NA

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of creditors in the above referenced case has been rescheduled to November 7, 2016, at 04:00 PM, and will be held at Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885.

Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts is December 16, 2016, which is 60 days from the original date set for the 341 meeting of creditors.

(If appropriate) **NOTICE IS FURTHER GIVEN** that the United States Trustee has appointed the following as substitute interim trustee of the estate of the above−named debtor(s):

Substitute Interim Trustee:          Harry Shaia, Jr

                                     Spinella, Owings & Shaia, P.C.
                                     8550 Mayland Drive
                                     Richmond, VA 23294

**NOTICE IS FURTHER GIVEN** that, except for the rescheduled meeting of creditors, all other matters and dates set forth in the court's notice dated September 21, 2016 remain in full force and effect.

Dated:  October 12, 2016                    For the Court,

                                            William C. Redden, Clerk
(VAN−030)                                   United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 16-34619-KLP
Arlene L. Tyson                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: manleyc            Page 1 of 2              Date Rcvd: Oct 12, 2016
                             Form ID: VAN030          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db          +Arlene L. Tyson,   3300 Sylvania Road,   Chester, VA 23831-7232
13578907    +Aisha Walker,   3300 Sylvania Road,   Chester, VA 23831-7232
13578908    +AmeriCredit/GM Financial,   Po Box 183853,   Arlington, TX 76096-3853
13578909    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
13578911    +CJW Medical Center,   P.O. Box 740760,   Cincinnati, OH 45274-0760
13578910    +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
13578912    +Colonial Orthopaedics,   13000 Rivers Bend Blvd,   Suite D,   Chester, VA 23836-8632
13578913    +Comenity Bank/Dress Barn,   Po Box 182125,   Columbus, OH 43218-2125
13578914    +Comenity Capital Bank/HSN,   Po Box 182125,   Columbus, OH 43218-2125
13578915    +Commonwealth Anesthesia,   P.O. Box 35808,   Richmond, VA 23235-0808
13578936   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court:  Webbank/dfs,   P.O. Box 81577,   Austin, TX 78708-0000)
13578919    +Dr. B Matthews,   c/p Chippenham Hospital,   7101 Jahke Road,   Richmond, VA 23225-4044
13578920    +Dr. R. Kohli,   c/o Chippenham Hospital,   7101 Jahke Road,   Richmond, VA 23225-4017
13578922    +Heaven Sent,   23 Dunlop Village,   Colonial Heights, VA 23834-1772
13578923    +Laboratory Corp. of America,   P.O. Box 2240,   Burlington, NC 27216-2240
13604955     Liberty Mutual,   P.O. Box 1525,   Dover, NH  03821-1525
13578925    +Spinella, Owings & Shaia, PC,   8550 Mayland Drive,   Henrico, VA 23294-4704
13578926    +St. Francis Medical Center,   P.O. Box 28538,   Henrico, VA 23228-8538
13578927    +St. Mary's Hospital,   P.O. Box 409553,   Atlanta, GA 30384-9553
13578935    +Virginia Housing Devel,   601 S Belvidere St,   Richmond, VA 23220-6504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Oct 13 2016 03:10:21
              Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
              MIAMI, FL  33131-1605
13578916    +E-mail/Text: mhumphrey@creditadjustmentboard.com Oct 13 2016 03:03:58
              Credit Adjustment Board, Inc.,   8002 Discovery Drive,   Suite 311,   Henrico, VA 23229-8601
13578917    +E-mail/Text: collect@ccsroanoke.com Oct 13 2016 03:03:58     Creditors Collection Service/CCS,
              Po Box 21504,   Roanoke, VA 24018-0152
13578918    +E-mail/Text: mrdiscen@discover.com Oct 13 2016 03:01:11     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
13578921    +E-mail/Text: bknotice@erccollections.com Oct 13 2016 03:03:07     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13578924    +E-mail/PDF: cbp@springleaf.com Oct 13 2016 03:07:41     Onemain Financial/Citifinancial,
              6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
13580055     E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:09:01     Synchrony Bank,
              c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13578928    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:10:19     Synchrony Bank/ JC Penneys,
              Po Box 965064,   Orlando, FL 32896-5064
13578929    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:09:00     Synchrony Bank/Amazon,
              Po Box 965064,   Orlando, FL 32896-5064
13578930    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:09:01     Synchrony Bank/Lowes,
              Po Box 965064,   Orlando, FL 32896-5064
13578931    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:09:01     Synchrony Bank/QVC,
              Po Box 965064,   Orlando, FL 32896-5064
13578932    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:07:38     Synchrony Bank/ShopNBC,
              Po Box 965064,   Orlando, FL 32896-5064
13578933    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 03:10:19     Synchrony Bank/Walmart,
              Po Box 965064,   Orlando, FL 32896-5064
13578934    +E-mail/Text: nnelson@trg-law.com Oct 13 2016 03:03:54     The Rahman Group,
              8002 Discovery Drive,   Suite 306,   Henrico, VA 23229-8601
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Americredit Financial Services, Inc. dba GM Financ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: manleyc                Page 2 of 2                  Date Rcvd: Oct 12, 2016
                              Form ID: VAN030              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              Brian K. Stevens    on behalf of Debtor Arlene L. Tyson bkstevens1534@gmail.com,
               southsidedebtlawgroup@gmail.com;sherricwilmoth@gmail.com;debtlaw1@gmail.com;dlghearings@gmail.com
               ;thedebtlawgroupmail@gmail.com
              Harry  Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Peter J. Barrett    peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.epiqsystems.com
              Peter J. Barrett    on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.epiqsystems.com
              Sara A. John    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               sara_john@eppspc.com
                                                                                             TOTAL: 5
```